**Kenneth FLETCHER, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction, Appellee.**

**No. 99–3382.**

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 5, 2001.

Decided Jan. 22, 2001.

Before RICHARD S. ARNOLD, HANSEN, and BYE, Circuit Judges.

PER CURIAM.

Kenneth Fletcher appeals the district court's[1] dismissal with prejudice of his 28 U.S.C. § 2254 petition. Having carefully reviewed the record and the parties' submissions on appeal, we conclude that his second prosecution did not violate double jeopardy, collateral estoppel, or res judicata principles. We affirm for the reasons stated in the magistrate judge's thorough and well-reasoned report, adopted in its entirety by the district court. *See* 8th Cir. R. 47B.

---

1. The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Henry L. Jones, Jr., United States Magistrate Judge for the Eastern District of Arkansas.